[Criminal No. 292.    Filed March 27, 1911.]

[114 Pac. 1129.]

JUAN RODRIQUEZ, Defendant and Appellant, v. TERRI-
TORY OF ARIZONA, Respondent.

APPEAL from a judgment of the District Court of the
Fifth Judicial District, in and for Graham County.    E. W.
Lewis, Judge.    Affirmed.

A. C. Baker and John McGowan, for Appellant.

John B. Wright, Attorney General, for Respondent.

PER CURIAM.—The same facts exist in this case as in
the case of *Rose* v. *Territory, ante,* p. 268, 108 Pac. 1134.    The
judgment of the district court is reversed for lack of suffi-
cient competent evidence of guilt to sustain the verdict, and
the defendant ordered discharged from custody.

DOAN, J., concurs in the result.    LEWIS, J., not sitting.